IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN BROWN, | : | 1:18-cv-2035 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| DAUPHIN COUNTY *et. al.*, | : | |
| Defendants. | : | |

# ORDER

**October 20, 2020**

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Paul Leggore's Motion for Sanctions, (Doc. 43), is **GRANTED**.

2. Plaintiff's Second Amended Complaint, (Doc. 31), is **DISMISSED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania